BARNSDALL v. DELAWARE INDIAN OIL CO.

(Circuit Court of Appeals, Eighth Circuit. October 28, 1912.)

No. 3,672.

Appeal from the Circuit Court of the United States for the Eastern District of Oklahoma.

Suit in equity by Theodore N. Barnsdall against the Delaware Indian Oil Company. Decree for defendant, and complainant appeals. Affirmed.

John J. Jones, of Chanute, Kan., and James A. Veasey, of Bartlesville, Okl., for appellant.

George S. Ramsey, of Muskogee, Okl. (C. L. Thomas, of Muskogee, Okl., and George & Campbell, of Bartlesville, Okl., on the brief), for appellee.

Before SANBORN, HOOK, and ADAMS, Circuit Judges.

HOOK, Circuit Judge. In all important respects this case is like that of Barnsdall v. Owen (No. 3,671) 200 Fed. 519, just decided, and it is governed by the same principles of law.

The decree is therefore affirmed.

SANBORN, Circuit Judge, concurs in the result.